UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>STRATTON REAL ESTATE AND MANAGEMENT, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-08149-BLF (DMR)<br><br>**ORDER TO SHOW CAUSE** |

This matter alleging violations of the Americans with Disabilities Act and California's Unruh Civil Rights Act pending before the Honorable Beth Labson Freeman was referred to the undersigned on March 15, 2022 for settlement pursuant to this district's General Order 56 paragraph 9. The court scheduled a pre-settlement planning call on March 31, 2022 at which counsel for Plaintiff appeared but counsel for Defendant Stratton Real Estate and Management and for Defendant Phi Hung Ta did not appear. [Docket No. 25.] The court re-scheduled the planning call for today, April 15, 2022, at which counsel for Plaintiff and Defendant Ta appeared, but counsel for Defendant Stratton again failed to appear. [Docket No. 26.] Accordingly, Stratton's counsel of record Peter W. Clerides is ordered to show cause why he should not be sanctioned for failing to appear for settlement proceedings on both March 31, 2022 and April 15, 2022. Clerides must file a response to this order by April 22, 2022.

**IT IS SO ORDERED.**

Dated: April 15, 2022



Judge Donna M. Ryu
United States Magistrate Judge